# SUPREME COURT OF THE STATE OF NEW YORK
## Appellate Division, Fourth Judicial Department

**563**

**CAF 12-01824**

PRESENT: SMITH, J.P., PERADOTTO, SCONIERS, WHALEN, AND DEJOSEPH, JJ.

---

IN THE MATTER OF LEVON D. MASICH,
PETITIONER-APPELLANT,

V                                                            ORDER

ERICA PETERMAN, RESPONDENT-RESPONDENT.

---

SUSAN P. REINECKE, CLARENCE, FOR PETITIONER-APPELLANT.

DONNA L. HASLINGER, ATTORNEY FOR THE CHILD, BUFFALO.

--------------------------------------------------------------------------------

Appeal from an order of the Family Court, Erie County (Rosalie S. Bailey, J.), entered May 3, 2012 in a proceeding pursuant to Family Court Act article 6. The order, among other things, granted petitioner visitation with the subject child.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  May 2, 2014                          Frances E. Cafarell
                                               Clerk of the Court